UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**ROGER JOEL PETERSON,**
    **Petitioner,**

v.              Case No. 15-cv-888

**STATE OF WISCONSIN DEPARTMENT OF CORRECTIONS,**
    **Respondent.**
_____

## ORDER

  Pro se petitioner Roger Peterson filed a petition for a writ of habeas corpus. On August 4, 2015, I granted petitioner's request to proceed *in forma pauperis* and screened the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases. In lieu of an answer, respondent filed a motion to dismiss the petition on September 22, 2015. Under the scheduling order in this case, petitioner had 45 days to respond to the motion to dismiss. *See* ECF No. 5. As of the date of this order, petitioner has not filed a response.

  In light of petitioner's pro se status, I will give petitioner until **December 31, 2015**, to file a response to respondent's motion to dismiss. I warn petitioner that if he fails to respond, I may dismiss his petition with prejudice for failure to prosecute. Civil L.R. 41.3.

  **THEREFORE, IT IS ORDERED** that petitioner shall file a response to respondent's motion to dismiss on or before **December 31, 2015**. Failure to do so will result in dismissal of his petition with prejudice for failure to prosecute.

  Dated at Milwaukee, Wisconsin, this 4th day of December, 2015.

                 s/ Lynn Adelman
                 _____
                 LYNN ADELMAN
                 District Judge